

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00609-CV

**OPUS AE GROUP, L.L.C.,**
Appellant

v.

**AKF GROUP, LLC.,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10826
Honorable Aaron Haas, Judge Presiding

# O R D E R

On December 21, 2020, appellant filed its notice of appeal. On January 25, 2021, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, indicating that the appellant has failed to request the reporter's record and pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court on or before **March 8, 2021**, that it has requested the reporter's record and has paid or made arrangements to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court